UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BARBARA DRAKE,

      Plaintiff,

v.

JEFFREY P. ANDRUCXZYK, et. als.,

      Defendants.

Civil Action No.: 08-4249 (AET)

Case Management Order

This matter having come before the Honorable Lois H. Goodman, U.S.M.J. by way of a scheduling request by counsel and Beverly M. Wurth, Esq. of Radom & Wetter, counsel for plaintiff and Jay Gebauer, Esq. of Post & Schell, mutually agreeing to the same and the Court having considered the position of the parties; and good cause having been shown,

It is on this 2nd day of February, 2010,

**ORDERED THAT:**

1. The parties will have until February 28, 2010 to conduct all fact discovery in this matter.

2. The plaintiff shall serve copies of all expert reports no later than March 30, 2010.

3. The defendants shall serve copies of all expert reports no later than April 30, 2010.

4. A settlement conference shall be held on March 19, 2010 at 3pm. No later than 5 days before the scheduled settlement conference both parties shall submit an *ex parte* settlement position paper to the Court setting forth the issues for settlement and their position with regard thereto. This statement shall not exceed five pages total. Plaintiff is to serve a demand no later than 20 days before the conference.

5. Any discovery of case management dispute between the parties should be brought to the attention of the Court by way of a letter directed to Judge Goodman, which shall be no more than 5 pages.

1

6. The remaining terms of any pretrial scheduling order, not addressed in this order, shall remain in force and effect.

7. A final pretrial conference will be held before the Court on June 22 2010 at 10 a.m. The parties are to submit the final pretrial memorandum no later than 10 days before the conference.

Hon. Lois H. Goodman
United States Magistrate Judge.